**Patrick J. GRIFFIN, III, Point Lookout Prisoner of War Association, and Sons of Confederate Veterans, Inc., Petitioners,**

v.

**SECRETARY OF VETERANS AFFAIRS, Respondent.**

No. 04–7030.

United States Court of Appeals, Federal Circuit.

June 16, 2004.

Michael F. Wright, Principal Attorney, Case, Knowlson, Los Angeles, CA, for Petitioners.

John S. Koppel, Principal Attorney, Mark B. Stern, Richard J. Hipolit, Martin J. Sendek, David M. Cohen, of Counsel, Washington, DC, for Respondent.

*ORDER*

Upon consideration of the parties' stipulation for withdrawal and dismissal of their petition without prejudice,[*]

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each party shall bear its own costs.

[*] We note that the parties' requests that this dismissal be without prejudice, however, it is not the practice of this court to dismiss with or without prejudice.